PROOF OF SERVICE BY MAIL

**FILED**
APR 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CDC# V67000

I, WILFREDO A BERMUDEZ declare

I am at least 18 years of age, and a party / and not a party to the attached herein cause of action. My mailing address is:

CV 08 2236 (PR) JW

PLEASANT VALLEY STATE PRISON
FACILITY D, BUILDING 1, CELL 149 L
POST OFFICE BOX 8504
COALINGA CALIFORNIA
93210-8504

On APRIL 23, 2008, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the U.S. Postal Service: C/O RAMIERZ — C/O IBARRA

1. 3 - BRIEFS - MOTIONS FOR LEAVE TO
2. FILE AN AMENDED COMPLAINT
3. 
4. 

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. OFFICE OF THE CLERK US. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
2. 450 GOLDEN GATE AVENUE SAN FRANCISCO CA. 94102
3. 
4. 

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of APRIL, 2008 at Coalinga, California.

CDC# V67000
Wilfredo A Bermudez
Petitioner / Declarant IN PROPER