FILED
08 MAY 22 PM 4:47

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILFREDO BERMUDEZ
　　　　　　　　　　　Plaintiff,

vs.

GREG STORME, et. al.
　　　　　　　　　　　Defendant.

CV 08    2236

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Wilfredo Bermudez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: zero　　　　　　　　　Net: zero

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS　　　　- 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

BIG GUYS Towing
600.00 BI WEEKLY IN 6 of 2003 TO MARCH - 2004

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

 a. Business, Profession or self employment — Yes ___ No ✓
 b. Income from stocks, bonds, or royalties? — Yes ___ No ✓
 c. Rent payments? — Yes ___ No ✓
 d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓
 e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____

3. Are you married? Yes ___ No ✓

Spouse's Full Name: N/A
Spouse's Place of Employment: N/A
Spouse's Monthly Salary, Wages or Income:
Gross $ N/A   Net $ N/A

4. a. List amount you contribute to your spouse's support:$ zero

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 | | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | | THEIR NAMES.). |

5            N/A

6    FAA-17) AWA-14-) AAA-12-)

7    5.    Do you own or are you buying a home?      Yes ___ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?              Yes ___ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15

16   Present balance(s): $ _____

17   Do you own any cash? Yes ___ No ✓ Amount: $ Zero

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)    Yes ___ No ✓

20

21   8.    What are your monthly expenses? ∅

22   Rent: $ Zero                   Utilities: Zero

23   Food: $ Zero                    Clothing: Zero

24   Charge Accounts:

| | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|---|
| 25 | | | |
| 26 | Zero | $ Zero | $ Zero |
| 27 | Zero | $ Zero | $ Zero |
| 28 | Zero | $ Zero | $ Zero |

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Zero

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-7-08

DATE                                SIGNATURE OF APPLICANT

Case Number: CV-08-2236

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **WILFREDO BERMUDEZ** for the last six months
[prisoner name]
**PLEASANT VALLEY STATE PRISON** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **91.67** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **126.02**.

Dated: 5/8/08

_____ acct CLR II
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                                                              REPORT DATE: 05/08/08
                                                                                                     PAGE NO:         1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PLEASANT VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: NOV. 01, 2007 THRU MAY 08, 2008

ACCOUNT NUMBER : V67000                              BED/CELL NUMBER: DFB1T100000149L
ACCOUNT NAME   : BERMUDEZ, WILFREDO                  ACCOUNT TYPE:    I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

 DATE   TRAN
        CODE   DESCRIPTION           COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

10/01/2007    BEGINNING BALANCE                                                                 0.00
ACTIVITY FOR 2008
01/08  W530  DAMAGES - ID            2214 ID                                        0.82      238.21
01/08  W215  FEDERAL FILIN           2326 NOV07                                    48.00      190.21
01/08  FC04  DRAW-FAC 4              2798FACD                                     120.00       70.21
11/06  FC04  DRAW-FAC 4              2348FACD
11/21  D300  CASH DEPOSIT            2587 MR                      50.00                       120.21
01/08  W215  FEDERAL FILIN           2796 12/07                                    10.00      110.21
01/08  FC04  DRAW-FAC 4              2798FACD                                      60.00       50.21
01/09  D300  CASH DEPOSIT            2813 MR                     100.00                       150.21
01/15  D300  CASH DEPOSIT            2931 MR                      90.00                       240.21
00/23  D300  CASH DEPOSIT            2997 MR                      20.00                       260.21
00/06  FC04  DRAW-FAC 4              3268 FAC D                                   150.00      110.21
00/06  W401  DONATION-ALCO           3274SOBGRA                                    11.00       99.21
00/05  FC04  DRAW-FAC 4              3738 FAC D                                    50.00       49.21
00/26  D300  CASH DEPOSIT            4087 MR                      50.00                        99.21
04/04 *W215  FEDERAL FILIN           4244FILFEE                                    10.00       89.21
04/07  FC04  DRAW-FAC 4              4276 FAC D                                    45.00       44.21
04/06  FC04  DRAW-FAC 4              4761 FAC D                                    24.00       20.21

                        TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL         CURRENT      HOLDS       TRANSACTIONS
 BALANCE    DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
---------  ----------  -------------  -----------  ----------  ---------------
   0.00       550.00       529.79        20.21        0.00           0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        20.21
```

