✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| WILFREDO BURMUDEZ ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 08-02236 JW |
| GREG STORME ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  *Deputy Munoz*
  *San Mateo County Jail*
  *300 Bradford Street*
  *Redwood City, Calif., 94063*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Wilfredo A. Bermudez - Pro Se
V-67000
Pleasant Valley State Prison
P. O. Box 8504
Coalinga, Calif., 93210

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      *Richard W. Wieking*
                                                    Name of clerk of court

Date:  August 27, 2008                              Cindy Vargas
                                                               Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address