AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| WILFREDO BURMUDEZ <br> Plaintiff <br> v. <br> GREG STORME <br> Defendant | ) <br> ) <br> ) Civil Action No.  CV 08-02236 JW <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
*Deputy Nino Costa*
*San Mateo County Jail*
*300 Bradford Street*
*Redwood City, Calif., 94063*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Wilfredo A. Bermudez - Pro Se
V-67000
Pleasant Valley State Prison
P. O. Box 8504
Coalinga, Calif., 93210

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                    *Richard W. Wieking*
                                                                    Name of clerk of court

Date: __August 27, 2008__                                     Cindy Vargas
                                                                    Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____.

Date: _____

                                                                         Server's signature

                                                                         Printed name and title

                                                                              Server's address